UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

```
IN RE:                                CASE NO. 06 B 02474
   ELIZABETH A BARNETT
                                      CHAPTER 13

                                      JUDGE: BRUCE W BLACK
         Debtor
   SSN XXX-XX-5696
```

---
              TRUSTEE'S FINAL REPORT AND ACCOUNT
---

   Glenn Stearns, Chapter 13 Standing Trustee, submits the following Final Report and Account of the administration of the estate pursuant to 11 USC 1302(b)(1).

   1.  The case was filed on 03/14/06 and confirmed on 05/24/06.

   2.  The plan is paid in full.

   3.  The Debtor paid a total of $ 12950.00 .

   4.  The Trustee made disbursements to creditors as follows:

---

| CREDITOR NAME | CLASS | CLAIM AMOUNT | INTEREST PAID | PRINCIPAL PAID |
|---|---|---|---|---|
| NATIONAL CITY MORTGAGE | CURRENT MORTG | .00 | .00 | .00 |
| NATIONAL CITY MORTGAGE | MORTGAGE ARRE | 1536.67 | .00 | 1536.67 |
| NATIONAL CITY MORTGAGE | SECURED | .00 | .00 | .00 |
| B REAL LLC | UNSECURED | 2743.13 | .00 | 664.09 |
| WAYNE BARNETT | UNSECURED | 17130.00 | .00 | 4147.04 |
| DISCOVER BANK | UNSECURED | 12314.26 | .00 | 2981.18 |
| FREEDOM POINT FINANCIAL | UNSECURED | NOT FILED | .00 | .00 |
| KOHLS | UNSECURED | 981.17 | .00 | 237.53 |
| ECAST SETTLEMENT CORPORA | UNSECURED | 619.41 | .00 | 149.95 |
| WORLD FINANCIAL NETWORK | UNSECURED | 252.24 | .00 | 61.07 |
| NATIONAL CITY MORTGAGE | MORTGAGE ARRE | 294.55 | .00 | 294.55 |

        Summary of disbursements:

---

|  | SECURED | PRIORITY | UNSECURED | OTHER | TOTAL |
|---|---|---|---|---|---|
| TOTAL CLMS ALLOWED | 1831.22 | .00 | 34040.21 | .00 | 35871.43 |
| PRINCIPAL PAID | 1831.22 | .00 | 8240.86 | .00 | 10072.08 |
| INTEREST PAID | .00 | .00 | .00 | .00 | .00 |
| TOTAL PAID | 1831.22 | .00 | 8240.86 | .00 | 10072.08 |

The Debtor's attorney, JOHN C RENZI                , was allowed $  2825.00 and was paid $    860.00  direct and $   1965.00  through the plan.

The Trustee received $    562.92 .

Refunds to the Debtor totaled $    350.00 .

   Wherefore, the Trustee requests an order be entered discharging the Trustee and the surety on his bond from any further liability in this case.

Dated: 01/16/09                    /S/
                                   GLENN STEARNS
                                   CHAPTER 13 TRUSTEE




                         PAGE  2
         CASE NO. 06 B 02474 ELIZABETH A BARNETT